AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| STUART MEISSNER, JONATHAN ZERON, JAMES E. ALEMAN, JR. and STEVEN J. SILVESTRO and others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, THE NEW YORK CITY POLICE DEPARTMENT LICENSE DIVISION, KEECHANT L. SEWELL, POLICE COMMISSIONER OF THE CITY OF NEW YORK, NICOLE BERKOVICH, DIRECTOR OF THE NEW YORK CITY POLICE DEPARTMENT LICENSE DIVISION <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

                The New York City Police Department
                1 Police Plaza Path
                New York, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Peter H Tilem, Esq.
                Tilem and Associates, P.C.
                188 East Post Road
                White Plains, New York 10601
                914-833-9785

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                                           *Signature of Clerk or Deputy Clerk*