UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
STUART MEISSNER, JONATHAN ZERON,
JAMES E. ALEMAN, JR. and STEVEN J. SILVESTRO
and others similarly situated.

                      Plaintiffs,                              AFFIRMATION OF
                                                            SERVICE

                                                            1:23-cv-01907-NRB

    -against-

THE CITY OF NEW YORK, THE NEW YORK
CITY POLICE DEPARTMENT, THE NEW
YORK CITY POLICE DEPARTMENT
LICENSE DIVISION, KEECHANT L. SEWELL,
POLICE COMMISSIONER OF THE CITY OF
NEW YORK, NICOLE BERKOVICH, DIRECTOR
OF THE NEW YORK CITY POLICE
DEPARTMENT LICENSE DIVISION

                            Defendants.
-------------------------------------------------------------------X
STATE OF NEW YORK
COUNTY OF WESTCHESTER       ss:

       I, ROBERT M. SCHECHTER, ESQ., an attorney duly admitted to practice law in the State of New York, do hereby affirm under penalty of perjury that;

1. I am not a party to the action, am over 18 years of age and reside in Westchester, New York.

2. On Monday March 20, 2023, at 12:46om, I served copies of the signed summonses and compliant on: THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, THE NEW YORK CITY POLICE DEPARTMENT LICENSE DIVISION, KEECHANT L. SEWELL, POLICE COMMISSIONER OF THE CITY OF NEW YORK.

3. Service was made by the email address of the New York City Corporation Counsel specifically to accept service - ServiceECF@law.nyc.gov.

4. On Monday March 20, 2023, at 12:47pm I received confirmation that the Office of the Corporation Counsel for the City of New York accepted service.

White Plains, New York
March 22, 2023

Respectively submitted,

Robert M. Schechter, Esq. (RS0419)
Tilem & Associates, PC
Attorney for the Plaintiffs
188 East Post Road
White Plains, NY  10601
(914) 833-9785
rschechter@tilemlawfirm.com