UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

STUART MEISSNER, JONATHAN ZERON, JAMES E.
ALEMAN, JR. and STEVEN J. SILVESTRO and others
similarly situated.

                                        Plaintiffs,

                    -against-

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT, THE NEW YORK CITY
POLICE DEPARTMENT LICENSE DIVISION,
KEECHANT L. SEWELL, POLICE COMMISSIONER
OF THE CITY OF NEW YORK, NICOLE BERKOVICH,
DIRECTOR OF THE NEW YORK CITY POLICE
DEPARTMENT LICENSE DIVISION

                                        Defendants.

-------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

23 CV 1907 (NRB)(VF)

 

 

 

 

 

 

**PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel

Nicholas R. Ciappetta, appears as counsel for Defendants the City of New York, the New York

City Police Department, and the New York City Police Department License Division, and

requests to receive notice of all docket events via the Electronic Case Filing system.

         I certify that I am admitted to practice before this Court.

Dated:       New York, New York
           March 27, 2023

                         Respectfully Submitted,
                         HON.   SYLVIA   O.   HINDS-RADIX
                         Corporation Counsel of the City of New York

                         Attorney for Defendants City of New York,
                         New York City Police Department, and New
                         York City Police Department License
                         Division
                         100 Church Street
                         New York, New York 10007
                         (212) 356-4036
                         nciappet@law.nyc.gov

By:

NICHOLAS R. CIAPPETTA
Assistant Corporation Counsel