UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

STUART MEISSNER, JONATHAN ZERON, JAMES E. ALEMAN, JR. and STEVEN J. SILVESTRO and others similarly situated.

                          Plaintiffs,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, THE NEW YORK CITY POLICE DEPARTMENT LICENSE DIVISION, KEECHANT L. SEWELL, POLICE COMMISSIONER OF THE CITY OF NEW YORK, NICOLE BERKOVICH, DIRECTOR OF THE NEW YORK CITY POLICE DEPARTMENT LICENSE DIVISION

                          Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

23 CV 1907 (NRB)(VF)

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Nicholas R. Ciappetta, appears as counsel for Defendant Nicole Berkovich, Director of the New York City Police Department License Division, and requests to receive notice of all docket events via the Electronic Case Filing system.

        I certify that I am admitted to practice before this Court.

Dated:        New York, New York
                 April 11, 2023

                                    Respectfully Submitted,
                                    HON. SYLVIA O. HINDS-RADIX
                                    Corporation Counsel of the City of New York

                                    Attorney for Defendants City of New York, New York City Police Department, New York City Police Department License Division, and Nicole Berkovich, Director of the New York City Police Department License Division

        100 Church Street  
        New York, New York 10007  
        (212) 356-4036  
        nciappet@law.nyc.gov  

By: _/s/ Nicholas Ciappetta_  
        NICHOLAS R. CIAPPETTA  
        Assistant Corporation Counsel

2