# TILEM & ASSOCIATES, PC

188 East Post Road - 3rd Floor
White Plains, New York 10601
914-833-9785
Fax 914-833-9788
www.tilemlawfirm.com

**Partners**
Peter H. Tilem, Esq.*
**Associates**
Cindy N. Brown, Esq. #
Robert M. Schechter, Esq. ♦
Nicole D. Walker, Esq. #
**Of Counsel**
Jasmine Hernandez, Esq. #

\# Admitted in NY
✦ Admitted in NY & CT
♦ Admitted in NY, DC & US Tax Court

December 12, 2023

Hon. Naomi Reice Buchwald, USDJ
United States District Court,
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
*Via ECF*

Re: Meissner v. The City of New York
2023- CV-01907(NRB)

Your Honor:

On Wednesday November 29, 2023, Your Honor asked that both parties write to the Court by December 13, 2023, specifically addressing how the October 24, 2023, *Srour (22 Civ. 3 (JPC))* decision by the Honorable John P. Cronan impacts on this current case. A new development happened on Friday, December 8, 2023 - the Second Circuit Court of Appeals issued a 261-page decision under dockets (*22-2908 (L); 22-2933; 22-2987; 22-3237 Antonyuk; Hardaway; Christian; Spencer* v. *Chiumento*) that may have impacted both the *Srour* decision, as well as this case. Counsel for Plaintiff and Defendant ask that the letters due by Wednesday December 13, be adjourned and not due until January 10, 2024, Counsel for the Defendants additionally asks that his letter be due two days later on January 12, 2024; this adjournment will allow both parties to address the implications of these decisions.

Respectfully submitted,

Robert M. Schechter, Esq.

cc: Nicholas Robert Ciappetta, Esq. *Via ECF*