```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
STUART MEISSNER, JONATHAN ZERON, JAMES
ALEMAN, JR., STEVEN SILVESTRO,

                  Plaintiffs,
                                                    ORDER
         - against -
                                               23 Civ. 1907 (NRB)
CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, KEECHANT SEWELL, NICOLE
BERKOVICH, NEW YORK CITY POLICE
DEPARTMENT LICENSE DIVISION,

                  Defendants.
---------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Plaintiffs Stuart Meissner, Jonathan Zeron, James Aleman, Jr., and Steven Silvestro (collectively, "plaintiffs") filed this action on March 6, 2023. ECF No. 1. A review of the docket shows that on March 17, 2023, plaintiffs filed a notice of constitutional question pursuant to Federal Rule of Civil Procedure 5.1. ECF No. 17. However, the Court has neither received proof of service nor a response from the New York Attorney General ("NYAG"). Given the amount of litigation concerning the New York's firearm regulation regime, see, e.g., Antonyuk v. Chiumento, 89 F.4th 271 (2d Cir. 2023), the Court requests a response from the NYAG within thirty (30) days of the filing of this order as to whether it will be exercising its right to intervene.

The Court respectfully directs the Clerk of Court to send this Order to the NYAG via certified mail with return receipt requested at the following address:

    Office of the New York State Attorney General
    28 Liberty Street
    New York, New York 10005

The Court further orders the City of New York, one of the defendants in this action, to provide notice of this Order to the NYAG.

**IT IS SO ORDERED.**

DATED:    New York, New York
            February 22, 2024

                                      NAOMI REICE BUCHWALD
                                  UNITED STATES DISTRICT JUDGE