**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**                                                                                         (212) 805-0194
**UNITED STATES DISTRICT JUDGE**

February 27, 2024

Robert Matthew Schechter
Peter Howard Tilem
Tilem & Associates
188 East Post Road, Suite 300
White Plains, NY 10601

Nicholas Robert Ciappetta
New York City Law Department
100 Church Street
New York, NY 10003

**RE: Stuart Meissner et al. v. City of New York et al., 23-cv-1907 (NRB)**

Dear Counsel:

     As you are aware, the Court ordered the New York Attorney General (the "NYAG") to advise the Court as to whether it will be exercising its right to intervene.  <u>See</u> ECF No. 33.  In order to advance this case while we await the NYAG's response, the Court directs the City of New York (the "City") to provide documents showing the status of the applications of each named plaintiff.  The City has twenty-one (21) days from the issuance of this order to provide such documentation.

                                                                     Very truly yours,

                                                                     Naomi Reice Buchwald
                                                                     United States District Judge