

| | THE CITY OF NEW YORK | |
|---|---|---|
| Hon. Sylvia O. Hinds-Radix<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Nicholas R. Ciappetta<br>Administrative Law and Regulatory Litigation<br>Division<br>(212) 356-4036<br>nciappet@law.nyc.gov |

March 19, 2024

**BY ECF**
Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: Stuart Meissner, et al. v. City of New York, et. al.
       23-CV-1907 (NRB)(VF)

Dear Judge Buchwald:

    I am an attorney in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York. I submit this letter on behalf of Defendants City of New York, New York City Police Department, New York City Police Department License Division ("License Division"), and Nicole Berkovich, Director of the License Division to comply with Your Honor's Order dated February 27, 2024, directing the City "to provide documents showing the status of the applications of each named plaintiff."

    As Your Honor is aware, there are four ("4") individually named plaintiffs – Stuart Meissner ("Meissner"), Jonathan Zeron ("Zeron"), James E. Aleman, Jr. ("Aleman") and Steven J. Silvestro ("Silvestro"). With respect to Silvestro and Aleman, the License Division has no record of any application for a firearm license/permit submitted by either of them. Nor does the Amended Complaint allege that Aleman or Silvestro submitted any such application.

    Meissner submitted applications for a New York City Rifle and Shotgun Permit and a Premises Residence Handgun License and Zeron submitted an application for a Special Carry License pursuant to New York Penal Law 400.00(6). Meissner's application for a Rifle and Shotgun Permit was approved on October 5, 2022, and issued that same day; the permit is currently active with an expiration date of October 31, 2025. Meissner was approved on March 20, 2023, for a Premises Residence Handgun License and the status is listed as "issue pending" because he has not submitted a Purchase Authorization Form. Finally, Zeron was approved for a

Special Carry License on October 27, 2023, and the license was issued on November 17, 2023; that license is active with an expiration date of March 29, 2026. Defendants are attaching the following documents in redacted form to support these statements:

- A copy of the front and back of Zeron's Special Carry license
- A copy of Meissner's Rifle & Shotgun permit
- A copy of the Notice of Application Approval for Meissner's Premises Residence Handgun License

Respectfully submitted,

Nicholas Ciappetta
Senior Counsel



This license is revocable at any time. Upon demand of a police officer a licensee must immediately surrender his/her license and handguns. Lost, stolen, confiscated or surrendered handguns must be reported to the License Division immediately at 646-610-5560 or 646-610-5154

| MAKE | MODEL | SERIAL # | CALIBER |
|---|---|---|---|
| GLC | 48 | BKNY441 | 9MM |
| SIG | 230 | S033503 | .380 |







**LICENSE DIVISION**
License Processing Section
One Police Plaza Room 152B
New York, NY 10038
Tel:  (646) 610-5560

| APPLICATION # PR2021013613 | Stuart Meissner |
|---|---|
| LICENSE # | |
| DATE: | |

## NOTICE OF APPLICATION APPROVAL

Dear Applicant:

Your application for a NYC handgun license has been conditionally approved for the following type of license:

Premise Residence License

**Use this letter to purchase a firearm from a Federally Licensed Firearms dealer (FFL). Firearms purchased must comply with NYC Rules & Regulations.**

**THE DEALER WILL PROVIDE YOU WITH A BILL OF SALE, BUT WILL NOT RELEASE THE FIREARM TO YOU AT THIS TIME.**

**HAVE THE DEALER WRITE YOUR NICS# HERE: _____**

**REMEMBER TO TAKE 2 COLOR PHOTOGRAPHS OF YOUR FIREARM!**

Once you purchase your firearm, you must email the License Division at:
**DG_LIC-Purchaseorders@nypd.org**
within 72 hours to request an appointment to pick up your license.

Violations of the rules and regulations associated with your license will result in its suspension or revocation.

By the Direction of,

Inspector Hugh Bogle
Commanding Officer