

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**LETITIA JAMES**
ATTORNEY GENERAL

**BARBARA D. UNDERWOOD**
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

June 26, 2024

**By ECF**
Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

    Re:    *Meissner v. City of New York*, No. 23-cv-01907 (NRB)

Dear Judge Buchwald:

    I write on behalf of Intervenor New York State Attorney General Letitia James. On May 16, 2024, the Court granted the Attorney General leave to file an answer to the amended complaint on June 30, 2024, and motion for judgment on the pleadings on August 12, 2024. *See* Order, ECF No. 41. Upon further review, the Attorney General has concluded that it would be more procedurally efficient to move to dismiss plaintiffs' constitutional challenges to State law. Accordingly, the Attorney General now seeks leave to file a pre-answer motion to dismiss pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure, rather than filing an answer and motion for judgment on the pleadings. The Attorney General respectfully proposes filing her motion to dismiss on the same schedule previous ordered by the Court for her motion for judgment on the pleadings, with the Attorney General's motion and brief due August 12, 2024. *See* Order, ECF No. 41.

                       Respectfully submitted,

                       */s/ Sarah Coco*

                       Sarah Coco
                       Assistant Solicitor General
                       212-416-6312

cc (via ECF): All counsel of record