UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
STUART MEISSNER, JONATHAN ZERON, JAMES E.
ALEMAN, JR. and STEVEN J. SILVESTRO and others
similarly situated.

                                            Plaintiffs,

                                 -against-

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT, THE NEW YORK CITY
POLICE DEPARTMENT LICENSE DIVISION,
KEECHANT L. SEWELL, POLICE COMMISSIONER
OF THE CITY OF NEW YOR, NICOLE BERKOVICH,
DIRECTOR OF THE NEW YORK CITY POLICE
DEPARTMENT LICENSE DIVISION

                                            Defendants.
------------------------------------------------------------------------X

**NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS**

2023 CV 01907 (NRB) (VF)

        **PLEASE TAKE NOTICE** that upon the annexed Declaration of Jessica Katzen, dated August 12, 2024 and Memorandum of Law in Support of Defendants' Motion for Judgment on the Pleadings, dated August 12, 2024, and upon all prior papers and proceedings herein, Defendants will move this Court before the Honorable Naomi Reice Buchwald at the United States Courthouse, for the Southern District of New York, located at 500 Pearl Street in Courtroom 21A, for an order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure for a judgment on the pleadings dismissing Plaintiffs' Fifth Cause of Action.

        **PLEASE TAKE FURTHER NOTICE** that pursuant to the briefing schedule So Ordered by the Court on May 16, 2024, answering papers, if any, must be served on the undersigned so as to be received no later than September 12, 2024. Reply papers, if any, shall be served by September 26, 2024.

Date:    New York, New York
          August 12, 2024

                          MURIEL GOODE-TRUFANT
                          Acting Corporation Counsel of the
                             City of New York
                          Attorney for Defendants
                          100 Church Street, Room 5-161
                          New York, New York 10007
                          (212) 356-1646

                        By: *Jessica Katzen*
                             Jessica Katzen
                               Assistant Corporation Counsel

TO:    Attorney for Plaintiffs (via ECF)