UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART MEISSNER, JONATHAN ZERON, JAMES ALEMAN, JR., and STEVEN SILVESTRO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE DEPARTMENT LICENSE DIVISION, KEECHANT L. SEWELL, Police Commissioner of the City of New York, NICOLE BERKOVICH, Director of the New York City Police Department License Division,<br><br>*Defendants*,<br><br>LETITIA JAMES, Attorney General of the State of New York,<br><br>*Intervenor*. | **NOTICE OF MOTION**<br><br>No. 23-cv-01907 (NRB) |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated August 12, 2024, intervenor Letitia James, in her official capacity as Attorney General of the State of New York will move this Court, before the Honorable Naomi Reice Buchwald, in Courtroom 21A of the Courthouse located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order (1) dismissing, with prejudice, plaintiffs' constitutional challenges to New York's firearm licensing laws for lack of jurisdiction and failure to state a claim on which relief can be granted pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure; and (2) for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's order dated May 16, 2024 (ECF No. 41), plaintiffs' opposition and cross-motion papers are due no later than September

12, 2024, intervenor and defendants' opposition and reply papers are due no later than September 26, 2024, and plaintiffs' reply papers are due no later that October 10, 2024.

Dated: New York, New York  
       August 12, 2024

LETITIA JAMES  
*Attorney General*  
 *State of New York*

By:  /s/ *Sarah Coco*  
Sarah Coco  
Assistant Solicitor General  
28 Liberty Street  
New York, New York 10005  
(212) 416-6312

2