# TILEM & ASSOCIATES, PC

188 East Post Road - 3rd Floor
White Plains, New York 10601
914-833-9785
Fax 914-833 9788
www.tilemlawfirm.com

**Partners**
Peter H. Tilem, Esq.*
**Associates**
Cindy N. Brown, Esq.#
Robert M. Schechter, Esq.♦
Nicole D. Walker, Esq.#
**Of Counsel**
Jasmine Hernandez, Esq.#

\# Admitted in NY
\* Admitted in NY & CT
♦ Admitted in NY, DC &
  US Tax Court

September 12, 2024

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    Meissner v. City of New York
            23-CV-01907 (NRB)

Your Honor,

      With the consent of the Attorney General's office and the Corporation Counsel for the City of New York, I am requesting that the briefing schedule be modified.

      The current dates are:

      September 12, 2024, for Plaintiff to file any Opposition Motion and or Cross Motion. The new agreed upon date would be October 3, 2024.

      September 26, 2024, for Attorney General and City Defendants to file reply in support of Motions and file any Opposition to any Motion filed by Plaintiffs. The new agreed upon date would be October 31, 2024.

      October 10, 2024, for Plaintiffs to file reply in Support of any Cross Motion. The new agreed upon date would be November 15, 2024.

                                                              Sincerely,

                                                             Robert M. Schechter, Esq.

1