# TILEM & ASSOCIATES, PC

188 East Post Road - 3rd Floor
White Plains, New York 10601
914-833-9785
Fax 914-833 9788
www.tilemlawfirm.com

**Partners**
Peter H. Tilem, Esq.*
**Associates**
Cindy N. Brown, Esq.#
Robert M. Schechter, Esq.♦
Nicole D. Walker, Esq.#
**Of Counsel**
Jasmine Hernandez, Esq.#

\# Admitted in NY
\* Admitted in NY & CT
♦ Admitted in NY, DC &
  US Tax Court

October 3, 2024

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312
**VIA ECF**

<u>Re:</u>   Meissner v. City of New York
         23-CV-01907 (NRB)

Your Honor,

In compliance with your rules – the City and Attorney General continue to ignore the Second Amendment. They make a threadbare request that your Honor think about "safety" yet that is not the appropriate question. *Bruen* made it clear that the Second Amendment requires that the text, history, and tradition be followed, that is where the analysis ends. The *Rahimi* decision reiterated that the government cannot be involved in disarming people they do not feel are responsible, and safety is the similar dog whistle.

The NYPD is making people jump through hoops and have now had the NYC Administrative Code changed to finally allow someone, who doesn't reside in NYC and doesn't have a principal place of business in NYC, be finally able to apply for a License. This change in the Admin Code still directly conflicts with the Penal Law governing where a person can apply for

1

a firearm license. Yet the State made the argument that despite it being illegal both ALEMAN and SILVESTRO should have applied for NYPD Licenses, that is certainly not required.

The changes in Administrative Code now creates an entirely new host of problems that people will run into when they try to get licensed and this all could be avoided by making a simple process that allows people that are not prohibited to get licensed. Almost every state has figured it out, but the NYPD still has not figured it out. We still get contacted by people that are waiting well beyond 6 months and even people that continue to try and get a Purchase Authorization and the NYPD seemingly unable or unwilling to provide it, thus making it impossible for people to bring legal firearms into NYC.

A Federal Monitor must be appointed, and the City must be held accountable for the continued violation of People's rights. They are not complying with the State Law and certainly are not complying with the Constitution.

Sincerely,

Robert M. Schechter, Esq.