

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

JESSICA KATZEN
Assistant Corporation Counsel
jkatzen@law.nyc.gov
Phone: (212) 356-1646

January 29, 2026

**VIA ECF**
Honorable Naomi Reice Buchwald
United States Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   *Zeron, et al. v. City of New York, et al.*, 23 CV 1907 (NRB)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, one of the attorneys for Defendants City of New York, the New York City Police Department ("NYPD"), and Jessica Tisch as NYPD Commissioner in the above-referenced action. I write to respectfully request a six month extension of the deadlines for fact discovery and motions for summary judgment. This is the first request for an extension of discovery in this matter. Plaintiffs and the New York State Attorney General's Office consent to this extension of deadlines.

    Good cause exists for this extension. As discussed at the telephone conference with this Court on August 14, 2025, the parties agreed to engage in limited fact discovery related to remaining claims and remaining named Plaintiffs. Pursuant to a Stipulation submitted by the parties, which was executed on October 6, 2025 (ECF No. 62), and so-ordered on October 7, 2025 (ECF No. 63), Plaintiffs were to respond to Defendants' First Set of Interrogatives and Requests for the Production of Documents, dated June 27, 2024, within 30 days of the execution of the Stipulation, which was November 5, 2025. Plaintiffs did not serve responses to the June 27, 2024 discovery demands until January 16, 2026. Upon review, Defendants believe these responses are incomplete. Furthermore, such responses included a promise to produce responsive documents at a future, unspecified date. Defendants have served Plaintiffs with a deficiency letter and additional document demands. A six month extension is necessary for Plaintiffs to address the deficiencies

with their interrogatory/document demand responses, respond to these additional demands and for Defendants to conduct depositions of named Plaintiffs.

       For the reasons set forth above, there is good cause for a six month extension of fact discovery. Defendants respectfully request that the deadline for fact discovery be extended from February 5, 2026 to August 5, 2026.

       As a result of this extension, Defendants request that the Court adopt the following briefing schedule, which the parties consent to:

- Plaintiffs' motion for summary judgment due: September 30, 2026
- Defendants' opposition / cross-motion for summary judgment due: October 30, 2026
- Plaintiff's reply / opposition due: November 30, 2026
- Defendants' reply due: December 30, 2026

Respectfully submitted,

/s/ *Jessica Katzen*
Jessica Katzen
Assistant Corporation Counsel

To: **VIA ECF**
Tilem & Associates, P.C.
*Attorney for Plaintiff*

New York State Attorney General's Office
*Attorneys for Intervenor*