# TILEM & ASSOCIATES, PC

188 East Post Road - 3rd Floor
White Plains, New York 10601
914-833-9785
Fax 914-833 9788
www.tilemlawfirm.com

Partners
Peter H. Tilem, Esq.*
Associates
Cindy N. Brown, Esq.#
Robert M. Schechter, Esq.♦
Eric H. Schur, Esq.#

# Admitted in NY
* Admitted in NY & CT
♦ Admitted in NY, DC & US Tax Court

October 16, 2026

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Re: Meissner v. City of New York**
**23-CV-01907 (NRB)**

Your Honor,

Plaintiff is requesting this court allow a late Deposition of the NYPD License Division to occur. The lawyers for City of New York and NYPD indicated that if the Court allows this deposition to occur, they are willing to discuss the topics of the deposition further. We believe this will help us narrow any issues, allow for any discussions of a proposed class, and possibly resolve this case. We are happy to discuss further as well to engage in any possible settlement conference.

Sincerely,

Robert M. Schechter, Esq.